AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Colorado case: 20-mj-00169-MEH

WHA

| United States of America | ) |
| v. | ) |
| | ) |
| LUIS ALMICAR ERAZO-CENTENO a/k/a "Pika" | ) |
| | ) |
| _____ | ) |
| Defendant | ) |

CR19    0367

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:13 am, Oct 20, 2020
JEFFREY P. COLWELL, CLERK

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    LUIS ALMICAR ERAZO-CENTENO a/k/a "Pika"                        ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:    08/08/2019                                          _____
                                                            *Issuing officer's signature*

City and state:    San Francisco, California              Hon. Elizabeth D. Laporte
                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  LUIS ALMICAR ERAZO-CENTENO

Known aliases:  Pika; Louis Almicar; Luis Amilcar Erazo-Centeno

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:  Honduras

Date of birth:  991

Social Security number:

Height:  5'11"                    Weight:  195

Sex:  Male                       Race:  Hispanic

Hair:  Black                     Eyes:  Green

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:  504336LD3

Complete description of auto:

Investigative agency and address:  DEA

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

WHA

UNITED STATES OF AMERICA

v.

CR19    0367

EDUARDO ALFONSO VIERA-CHIRINOS,
et al.,

FILED

AUG - 8 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DEFENDANT(S).

# INDICTMENT

VIOLATIONS:  21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute
Controlled Substances; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Controlled Substances;
21 U.S.C. § 853 - Forfeiture Allegation

A true bill.

_____
Foreman

Filed in open court this ___8___ day of _August_ 2019

Stephen ybarra
Clerk

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine;

21 U.S.C. § 841(a)(1) and (b)(1)(A), (b)(1)(B) - Possession with Intent to Distribute Heroin and Cocaine

PENALTY:   See Attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### DEFENDANT - U.S

**WHA**

↱ EDUARDO ALFONSO VIERA-CHIRINOS

DISTRICT COURT NUMBER

**CR19    0367**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

19-71145

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JULIE D. GARCIA

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**

AUG - 8 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No

If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:   Before Judge:

Comments:

**Attachment to Penalty Sheet**
**Eduardo Alfonso Viera-Chirinos a/k/a "Rojo"**

**Count One - 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)**

- Minimum 5 years and maximum 40 years' imprisonment;
- Maximum $5,000,000 fine;
- Minimum 4 years and maximum lifetime supervised release;
- $100 special assessment;
- Potential denial of federal benefits;
- Potential deportation



**Count Two**

- **21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)**
  - Minimum 10 years and maximum life imprisonment;
  - Maximum $10,000,000 fine;
  - Minimum 5 years and maximum lifetime supervised release;
  - $100 special assessment;
  - Potential denial of federal benefits;
  - Potential deportation



FILED

AUG -8 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

- **21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)**
  - Minimum 5 years and maximum 40 years' imprisonment;
  - Maximum $5,000,000 fine;
  - Minimum 4 years and maximum lifetime supervised release;
  - $100 special assessment;
  - Potential denial of federal benefits;
  - Potential deportation

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

___ OFFENSE CHARGED ___

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits; Potential deportation

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

___ DEFENDANT - U.S ___

▶ VICTOR MANUEL VIERA-CHIRINOS    **WHA**

DISTRICT COURT NUMBER

**CR19    0367**

___ PROCEEDING ___

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 19-71145 TSH

Name and Office of Person
Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   JULIE D. GARCIA

___ DEFENDANT ___

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**

**AUG - 8 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits; Potential deportation

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DEFENDANT - U.S

JORGE ALBERTO VIERA-CHIRINOS

DISTRICT COURT NUMBER

**WHA**

**CR19 0367**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 19-71145 TSH

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JULIE D. GARCIA

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**

AUG - 8 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction
☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes
been filed?  ☐ No
If "Yes" give date filed

DATE OF ARREST
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. § 841(a)(1) and (b)(1)(C) - Possession with Intent to Distribute Heroin

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  Maximum 20 years' imprisonment;
Maximum $1,000,000 fine;
3 years to lifetime supervised release;
$100 mandatory special assessment;
Potential denial of federal benefits; potential deportation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

### DEFENDANT - U.S

JULIO CESAR VIERA-CHIRINOS          **WHA**

DISTRICT COURT NUMBER
**CR19      0367**

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
AUG - 8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction      ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST          Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶      Month/Day/Year

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
19-71156

Name and Office of Person Furnishing Information on this form      DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)      JULIE D. GARCIA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment; Maximum $5,000,000 fine; Minimum 4 years and maximum lifetime supervised release; $100 special assessment; Potential denial of federal benefits; Potential deportation

### DEFENDANT - U.S

JORGE ENRIQUE TORRES-VIERA

WHA

DISTRICT COURT NUMBER

CR19 0367

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

AUG - 8 2019

2) ☐ Is a Fugitive

SUSAN Y. SOONG

3) ☐ Is on Bail or Release from (show District) DISTRICT COURT NORTH DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
                          ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

19-71145 TSH

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JULIE D. GARCIA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits;  Potential deportation

**DEFENDANT - U.S**

▶ KAREN CASTRO-TORRES

*WHA*

DISTRICT COURT NUMBER

CR19    0367

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction          ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes     If "Yes"
been filed?    ☐ No       give date filed

DATE OF ARREST          Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED       Month/Day/Year
TO U.S. CUSTODY  ▶

FILED
AUG  8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DISTRICT OF CALIFORNIA

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

19-71145 TSH

Name and Office of Person
Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   JULIE D. GARCIA

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:          Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment; Maximum $5,000,000 fine; Minimum 4 years maximum lifetime supervised release; $100 special assessment; Potential denial of federal benefits; Potential deportation

☐+

**DEFENDANT - U.S.**

CILDER RAMON GAMEZ-VELASQUEZ

*WHA*

DISTRICT COURT NUMBER

**CR19   0367**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} 19-71145 TSH

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JULIE D. GARCIA

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

AUG - 8

3) ☐ Is on Bail or Release from (show District)

SUSAN Y.
CLERK, U.S.
NORTH DISTRICT OF

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No

If "Yes" give date filed

**DATE OF ARREST**   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:   Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine;
21 U.S.C. § 841(a)(1) and (b)(1)(A), (b)(1)(B) - Possession with Intent to Distribute Heroin and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  See Attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ ALEXANDER GONZALEZ-VASQUEZ

DISTRICT COURT NUMBER

CR19     0367     WHA

**DEFENDANT**     FILED

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges     AUG -8 2019
2) ☐ Is a Fugitive     SUSAN Y. SOONG CLERK, U.S. DISTRICT NORTH DISTRICT OF CALIFORNIA
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges     ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes     If "Yes" give date filed
been filed?    ☐ No

DATE OF ARREST     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY     Month/Day/Year

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:     SHOW DOCKET NO.
☐ U.S. ATTORNEY  ☐ DEFENSE

☒ this prosecution relates to a pending case involving this same defendant     MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under     19-71145

Name and Office of Person Furnishing Information on this form     DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     JULIE D. GARCIA

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

**Attachment to Penalty Sheet**
**Alexander Gonzalez-Vasquez a/k/a "Ale"**

**Count One - 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)**
- Minimum 5 years and maximum 40 years' imprisonment;
- Maximum $5,000,000 fine;
- Minimum 4 years and maximum lifetime supervised release;
- $100 special assessment;
- Potential denial of federal benefits;
- Potential deportation

**Count Two**
- **21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)**
  - Minimum 10 years and maximum life imprisonment;
  - Maximum $10,000,000 fine;
  - Minimum 5 years and maximum lifetime supervised release;
  - $100 special assessment;
  - Potential denial of federal benefits;
  - Potential deportation

- **21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)**
  - Minimum 5 years and maximum 40 years' imprisonment;
  - Maximum $5,000,000 fine;
  - Minimum 4 years and maximum lifetime supervised release;
  - $100 special assessment;
  - Potential denial of federal benefits;
  - Potential deportation



CR19  0367

FILED

AUG - 8 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits; Potential deportation ⊞

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ GUSTAVO ADOLFO GAMEZ-VELASQUEZ

DISTRICT COURT NUMBER

CR19 0367 WHA

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
AUG - 8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction          ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes      If "Yes"
been filed?               give date
            ☐ No          filed

DATE OF ▶          Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

19-71145 TSH

Name and Office of Person
Furnishing Information on this form      DAVID L. ANDERSON

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      JULIE D. GARCIA

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits; Potential deportation

DEFENDANT - U.S

▶ LUIS ALMICAR ERAZO-CENTENO

WHA

DISTRICT COURT NUMBER

CR19  0367

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

19-71145 TSH

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JULIE D. GARCIA

### DEFENDANT

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED

AUG 13 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes" give date filed
been filed? ☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:   Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits;  Potential deportation

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

RODULIO ALEXO GARCIA

DISTRICT COURT NUMBER

CR19    0367

DEFENDANT

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form        DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        JULIE D. GARCIA

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes
been filed?    ☐ No

If "Yes"
give date
filed

DATE OF
ARREST

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY

Month/Day/Year

FILED
AUG - 8 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount: No bail

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits; Potential deportation ⊞

### DEFENDANT - U.S

▶ JUAN VELASQUEZ-ESCOTO

**WHA**

DISTRICT COURT NUMBER

**CR19    0367**

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome of this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction                    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?                give date
          ☐ No         filed

DATE OF ▶              Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    JULIE D. GARCIA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits;  Potential deportation  ☐+

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WHA

---- DEFENDANT - U.S ----

► ELVIN MEJIA-PADILLA

CR19     0367

DISTRICT COURT NUMBER

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form     DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     JULIE D. GARCIA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction     ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes     If "Yes" give date filed
been filed?    ☐ No

DATE OF ARREST ►     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ►     Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

AUG - 8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: No bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

—— OFFENSE CHARGED ——

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde- meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits; Potential deportation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

—— DEFENDANT - U.S. ——

▶ YORDI YABIER AGURCIA GALINDO          **WHA**

DISTRICT COURT NUMBER

**CR19          0367**

DEFENDANT

—— PROCEEDING ——

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:          SHOW DOCKET NO.
  ☐ U.S. ATTORNEY  ☐ DEFENSE

☒ this prosecution relates to a pending case involving this same defendant          MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under          3:19-71206 EDL

Name and Office of Person Furnishing Information on this form          DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)          JULIE D. GARCIA

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
**AUG -8 2019**
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges          ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No          If "Yes" give date filed

DATE OF ARREST ▶          Month/Day/Year          August 7, 2019

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶          Month/Day/Year

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT          Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____          Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to
Distribute Heroin, Methamphetamine, Cocaine Base, and
Cocaine

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits;  Potential deportation

#### DEFENDANT - U.S

▶ RUDIS VALLADERES-CACERES

DISTRICT COURT NUMBER          **WHA**

RUDIS VALLADERES-CACERES

**CR19   0367**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☒ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

3:19-71206 EDL

Name and Office of Person
Furnishing Information on this form          DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)          JULIE D. GARCIA

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive                        **FILED**

3) ☐ Is on Bail or Release from (show District)  AUG  8 2019

SUSAN Y.
CLERK, U.S. DIS...        ...URT
NORTH DISTRICT O... ...A

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction            ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No      give date
                          filed

DATE OF   ▶   Month/Day/Year
ARREST         August 7, 2019

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:          Before Judge:

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3

4

5

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              CASE NO.  CR19      0367

14          Plaintiff,                     )
                                           )
15      v.                                 )   VIOLATIONS:
                                           )   21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to
16  EDUARDO ALFONSO VIERA-CHIRINOS,        )   Distribute and Possess with Intent to Distribute
        a/k/a "Rojo";                      )   Controlled Substances;
17  VICTOR MANUEL VIERA-CHIRINOS,          )   21 U.S.C. § 841(a)(1) – Possession with Intent to
        a/k/a "Mojarra";                   )   Distribute Controlled Substances;
18  JORGE ALBERTO VIERA-CHIRINOS;          )   21 U.S.C. § 853 – Forfeiture Allegation
19  JULIO CESAR VIERA-CHIRINOS,            )
        a/k/a "Chino";                     )
20  JORGE ENRIQUE TORRES-VIERA,            )
        a/k/a "Enrique";                   )
21  KAREN CASTRO-TORRES,                   )
        a/k/a "Delany Ellieth Cardona      )
22      Velasquez";                        )
23  CILDER RAMON GAMEZ-VELASQUEZ;          )
24  ALEXANDER GONZALEZ-VASQUEZ,            )
        a/k/a "Ale";                       )
25  GUSTAVO ADOLFO GAMEZ-VELASQUEZ;        )
26      a/k/a "Bomba";                     )
27  LUIS ALMICAR ERAZO-CENTENO,            )
        a/k/a "Pika";                      )
28      (cont'd)                           )
    _____)

INDICTMENT                           1

1   RODULIO ALEXO GARCIA;            )
    JUAN VELASQUEZ-ESCOTO,           )
2       a/k/a "Cuba";                )
                                     )
3   ELVIN MEJIA-PADILLA,             )
        a/k/a "Pajaro";              )
4   YORDI YABIER AGURCIA GALINDO; and )
    RUDIS VALLADERES-CACERES,        )
5                                    )
                                     )
6       Defendants.                  )
    _____)
7

8                            I N D I C T M E N T

9   The Grand Jury charges:

10  COUNT ONE:          (21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B) – Conspiracy to Distribute and
                        Possess with Intent to Distribute Heroin, Methamphetamine, Cocaine Base, and
11                      Cocaine)

12          Beginning on a date unknown to the grand jury, but no later than in or about June 2018, and

13  continuing to on or about August 7, 2019, in the Northern District of California and elsewhere, the

14  defendants,

15                          EDUARDO ALFONSO VIERA-CHIRINOS,
                                    a/k/a "Rojo";
16                          VICTOR MANUEL VIERA-CHIRINOS,
                                    a/k/a "Mojarra";
17                          JORGE ALBERTO VIERA-CHIRINOS;
18                          JORGE ENRIQUE TORRES-VIERA,
                                    a/k/a "Enrique";
19                          KAREN CASTRO-TORRES,
                            a/k/a "Delany Ellieth Cardona Velasquez";
20                          CILDER RAMON GAMEZ-VELASQUEZ;
21                          ALEXANDER GONZALEZ-VASQUEZ,
                                    a/k/a "Ale";
22                          GUSTAVO ADOLFO GAMEZ-VELASQUEZ,
                                    a/k/a "Bomba";
23                          LUIS ALMICAR ERAZO-CENTENO,
                                    a/k/a "Pika";
24                          RODULIO ALEXO GARCIA;
25                          JUAN VELASQUEZ-ESCOTO,
                                    a/k/a "Cuba";
26                          ELVIN MEJIA-PADILLA,
                                    a/k/a "Pajaro";
27                          YORDI YABIER AGURCIA GALINDO; and
                            RUDIS VALLADERES-CACERES,
28

    INDICTMENT                              2

1  and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute

2  and possess with intent to distribute 100 grams and more of a mixture and substance containing a

3  detectable amount of heroin, a Schedule I controlled substance; 50 grams and more of a mixture and

4  substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its

5  isomers, a Schedule II controlled substance; 28 grams and more of a mixture and substance containing a

6  detectable amount of cocaine base, a Schedule II controlled substance; and 500 grams and more of a

7  mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric

8  isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United

9  States Code, Sections 846, 841(a)(1) and (b)(1)(B).

10

11  COUNT TWO:         (21 U.S.C. § 841(a)(1) and (b)(1)(A) – Possession with Intent to Distribute One
                        Kilogram and More of a Mixture and Substance Containing Heroin and 500
12                      Grams and More of a Mixture and Substance Containing Cocaine)

13      On or about July 22, 2019, in the Northern District of California and elsewhere, the defendants,

14                      EDUARDO ALFONSO VIERA-CHIRINOS, a/k/a "Rojo," and
                        ALEXANDER GONZALEZ-VASQUEZ, a/k/a "Ale,"
15

16  did knowingly and intentionally possess with intent to distribute one kilogram and more of a mixture

17  and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation

18  of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A); and 500 grams and more of a mixture

19  and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and

20  salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code,

21  Section 841(a)(1) and (b)(1)(B).

22  COUNT THREE:       (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to
                        Distribute Heroin)
23

24      On or about June 5, 2018, in the Northern District of California, the defendant,

25                      JULIO CESAR VIERA-CHIRINOS, a/k/a "Chino,"

26  did knowingly and intentionally possess with intent to distribute a mixture and substance containing a

27  detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States

28  Code, Section 841(a)(1) and (b)(1)(C).

INDICTMENT                                            3

FORFEITURE ALLEGATION:        (21 U.S.C. § 853(a))

        The allegations contained above are hereby re-alleged and incorporated by reference for the

purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

        Upon conviction of any of the offenses alleged in Counts One through Three above, the

defendants,

EDUARDO ALFONSO VIERA-CHIRINOS,
a/k/a "Rojo";
VICTOR MANUEL VIERA-CHIRINOS,
a/k/a "Mojarra";
JORGE ALBERTO VIERA-CHIRINOS;
JORGE ENRIQUE TORRES-VIERA,
a/k/a "Enrique";
JULIO CESAR VIERA-CHIRINOS,
a/k/a "Chino";
KAREN CASTRO-TORRES,
a/k/a "Delany Ellieth Cardona Velasquez";
CILDER RAMON GAMEZ-VELASQUEZ;
ALEXANDER GONZALEZ-VASQUEZ,
a/k/a "Ale";
GUSTAVO ADOLFO GAMEZ-VELASQUEZ,
a/k/a "Bomba";
LUIS ALMICAR ERAZO-CENTENO,
a/k/a "Pika";
RODULIO ALEXO GARCIA;
JUAN VELASQUEZ-ESCOTO,
a/k/a "Cuba";
ELVIN MEJIA-PADILLA,
a/k/a "Pajaro,"
YORDI YABIER AGURCIA GALINDO; and
RUDIS VALLADERES-CACERES,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from

any proceeds the defendants obtained, directly or indirectly, as a result of such violations, and any

property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of

such violations, including but not limited to a forfeiture money judgment equal to the amount of

proceeds obtained as a result of the offense for which the defendant is convicted.

        If any of the property described above, as a result of any act or omission of the defendants:

        a.        cannot be located upon exercise of due diligence;

        b.        has been transferred or sold to, or deposited with, a third party;

INDICTMENT                                    4

1          c.      has been placed beyond the jurisdiction of the court;

2          d.      has been substantially diminished in value; or

3          e.      has been commingled with other property which cannot be divided without

4                  difficulty,

5    the United States of America shall be entitled to forfeiture of substitute property of the defendant

6    pursuant to Title 21, United States Code, Section 853(p), up to the value of the property described

7    above.

8          All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal

9    Procedure 32.2.

10

11   DATED:                                              A TRUE BILL.

12

13                                                       _____

14                                                       FOREPERSON

15   DAVID L. ANDERSON
     United States Attorney

16

17   _____

18   JULIE D. GARCIA
     RYAN REZAEI

19   Assistant United States Attorneys

20

21

22

23

24

25

26

27

28

INDICTMENT                                    5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

CASE NAME:
USA V. EDUARDO ALFONSO VIERA-CHIRINOS, et al.



CASE NUMBER: 0367

WHA

| | | | |
|---|---|---|---|
| This Case Under Seal? | Yes | No ✓ | |
| Total Number of Defendants: | 1 | 2-7 | 8 or more ✓ |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | No ✓ | |
| Venue (Per Crim. L.R. 18-1): | SF ✓ | OAK | SJ |
| Is this a potential high-cost case? | Yes | No ✓ | |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | No ✓ | |
| Is this a RICO Act gang case? | Yes | No ✓ | |

FILED

AUG -8 20[illegible]

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Assigned AUSA
(Lead Attorney): Julie D. Garcia                Date Submitted: 8/8/2019

Comments:

RESET FORM          SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)